BRATSK ALUMINUM SMELTER and RUAL TRADE LIMITED, Plaintiffs, and SUAL HOLDING and ZAO KREMNY; and GENERAL ELECTRIC SILICONES LLC, Plaintiff-Intervenors, v. UNITED STATES, Defendant, and GLOBE METALLURGICAL INC. and SIMCALA, INC., Defendant-Intervenors.

Consol. Court No. 03–00200

## *JUDGMENT*

TSOUCALAS, *Senior Judge*: This Court, having received and reviewed the United States International Trade Commission's ("Commission") *Views of the Commission ("Remand Determination")* in *Bratsk Aluminum Smelter v. United States*, 28 CIT ___ , 2004 Ct. Int'l Trade LEXIS 70 (CIT June 22, 2004), and comments of Globe Metallurgical Inc. and SIMCALA, Inc., Defendant-Intervenors, finds that the Commission duly complied with the Court's remand order, and it is hereby

ORDERED that the *Remand Determination* filed by the Commission on September 15, 2004, is affirmed in its entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.